HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRELL EDWARD JONES, | CASE NO. C20-5048RBL |
| Plaintiff, | ORDER |
| v. | |
| LEWIS COUNTY CITY OF CHEHALIS, | |
| Defendant. | |

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and

Recommendation [Dkt. # 5], recommending the Court dismiss this action as duplicative.

1.   The Report and Recommendation is **ADOPTED;**

2.   This action is duplicative of *Jones v. Masiello*, C 19-5954 RBL-DWC, and it is

     **DISMISSED** without prejudice;

3.   Plaintiff's Jones subsequent Motion to Dismiss [Dkt. # 6] is **DENIED** as moot.

4.   The matter is **CLOSED**.

     The Clerk shall send copies of this Order to Jones, to defense counsel, and to Magistrate

Judge Fricke, and close this case.

/ /

1    IT IS SO ORDERED.

2    Dated this 8th day of June, 2020.

3

4                                              _____
                                               Ronald B. Leighton
5                                              United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24